IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID P. STAPLETON, in his capacity as COURT-APPOINTED RECEIVER for the RECEIVERSHIP ENTITY, including ZADEH KICKS,

    Plaintiffs,

v.

KATSTRIKE, INC.,

    Defendant.

Case No. 6:24-cv-00097-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 35) is adopted. Defendant's Motion to Dismiss (ECF No. 29) is DENIED.

IT IS SO ORDERED.

    DATED this 30th day of September, 2024.

1 –ORDER

/s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER